**Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00319-CV
_____

**GENEVA COLBERT, Appellant**

**V.**

**ORCHARD PARK AT WILLBROOK, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1058305**

## ORDER

This appeal is from a judgment signed March 2, 2015. Appellant filed a notice of appeal on April 1, 2015, and an affidavit of indigence on May 1, 2015.

On May 5, 2015, the Harris County Clerk filed a timely contest to appellant's affidavit. The trial court set a hearing on the contest for May 12, 2015, but passed the hearing because appellant did not receive notice.

"Unless—within the period set for the hearing—the trial court signs an order sustaining the contest, the affidavit's allegations will be deemed true . . . and the party will be allowed to proceed without advance payment of costs." *See* Tex. R. App. P. 20.1(i)(4). Because the trial court did not sign an order sustaining the contest within the period set for the hearing, the allegations in appellant's affidavit of indigence are deemed true and we issue the following orders:

The Harris County Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

The official court reporter for the County Civil Court at Law No. 2 is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.